LATTI & ANDERSON LLP
David J. Berg (DB 9415)
30-31 Union Wharf
Boston, MA 02109

FILED
IN CLERKS OFFICE

2005 APR -5  P 2: 53

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

**05   10685 WGY**

| | |
|---|---|
| SALVATORE SMORTO,<br>    Plaintiff<br><br>v.<br><br>WILLIAM GRIMM,<br>    Defendants | CIVIL ACTION<br><br>No. _____ |

### SEAMAN'S DECLARATION

The Plaintiff, Salvatore Smorto, in the above entitled action, was a seaman and claims the benefits of 28 U.S.C. §1916, which provides that:

> In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor."

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this ____ day of _____, 20____

David J. Berg
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000