## UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SALVATORE SMORTO | Plaintiff / Petitioner | Cause #: 05 10685 WGY |
| | | Affidavit of Service of: |
| | | SUMMONS IN A CIVIL ACTION;PLAINTIFF'S COMPLAINT AND DEMAND FOR TRIAL |
| vs. WILLIAM GRIMM | Defendant / Respondent | |
| | | Hearing Date: |
| | | Witness Fee Tendered: |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned, a citizen of the United States and over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the date and time of __July 23, 2005 @ 8:40AM__ at the address of __34 MADISON HILL DRIVE__ city of __MONTAUK__, county of __MONTAUK__, state of __NEW YORK__, this affiant served the above described documents upon:

**WILLIAM GRIMM**

☒ Personal Service (M.W, BRN/GY, 60, 5'9", 230)

by then and there personally delivering _____ true and correct copy(ies) thereof.

☐ Corporate Service

by then and there personally delivering _____ true and correct copy(ies) thereof, by then presenting to and leaving the same with _____.
_Person Receiving Documents and Their Title_

☐ Substituted/Residential Service

by then and there personally delivering _____ true and correct copy(ies) thereof, by then presenting to and leaving the same with _____, a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No information was provided that indicates that the subjects served are members of the U.S. military.

_SUSAN CORTINA_
Typed or Printed Name of Process Server

Server Signature

Subscribed and Sworn to before me this _21 July 2005_

_[signature]_
a Notary Public in the State of __NEW YORK__
Residing at __DEER PARK__

REBA S. MacDONald
Notary Public, State of New York
No. 497478
Qualified in Suffolk County
Signature on File in Nassau
Commission Expires Nov. 19, 2006

ABC Legal Services, Inc.
(206) 521-9000
Tracking #: 3672932

**ORIGINAL PROOF OF SERVICE**

LATTI & ANDERSON LLP

Page 1 of 1

OR_FWPRN