UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SALVATORE SMORTO,<br>    Plaintiff<br><br>V.<br><br>WILLIAM GRIMM,<br>    Defendant | )<br>)<br>)<br>)  Civil Action<br>)<br>)  No. 05-10685-WGY<br>)<br>)<br>) |

PLAINTIFF'S NOTICE OF DISMISSAL

NOW COMES the Plaintiff and dismisses this case, pursuant to Fed.R.Civ.P. 41(a)(1)(i).

                        Respectfully submitted for the
                        the Plaintiff, Salvatore Smorto,
                        by his attorney,


                        /s/ David J. Berg_____
                        David J. Berg, Esq.
                        Latti & Anderson LLP
                        30-31 Union Wharf
                        Boston, MA 02109
                        617-523-1000

Dated: October 28, 2005